# Court of Appeals
# of the State of Georgia

ATLANTA, <u>May 12, 2026</u>

*The Court of Appeals hereby passes the following order:*

## A26I0205. CEDRIC HERBERT v. JEFFERSON COUNTY BOARD OF COMMISSIONERS et al.

In this civil action, the trial court denied Cedric Herbert's motion to appear remotely. Herbert filed a motion for a certificate of immediate review, which the trial court denied. Herbert then filed this application for interlocutory appeal, seeking to appeal both the denial of his request for a certificate of immediate review as well as the denial of his motion to appear remotely.[1] Herbert has also filed an emergency motion seeking to stay proceedings below. We, however, lack jurisdiction.

To comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b), an applicant must first obtain a certificate of immediate review from the trial court within ten days of the order sought to be appealed. The trial court has unfettered discretion in determining whether to issue a certificate of immediate review, and an appellate court will thus not review a trial court's decision. *Duke v. State*, 306 Ga. 171, 178–79(3)(a) (829 SE2d 348) (2019). Here, the trial court denied Herbert's request for a certificate of immediate review; we thus lack jurisdiction to consider this application for interlocutory appeal. Id. at 186-87(4).

---

[1] This Court dismissed Herbert's previously filed application for discretionary appeal, seeking review of the trial court's order denying his motion to recuse and subsequent request for a certificate of immediate review. Case No. A26D0441 (April 23, 2026). We also dismissed Herbert's original mandamus petition, seeking to require the trial court judge in a pending civil action to refer to another judge a recusal motion. Case No. A26O0003 (April 8, 2026).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/12/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*